# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| In Re: | Case No. 19-21073 |
| Juan Antonio Casarez | Chapter 13 |
| Debtor. | Judge Kent Lindquist |

## OBJECTION TO CHAPTER 13 PLAN

    Carvana LLC, by and through their undersigned counsel, hereby objects to the Debtor's Chapter 13 Plan filed in the above referenced case.  The Debtor proposes to pay Creditor based upon a secured value of $11,500.00 at an interest rate of 4.00%.  The vehicle in question is a 2013 HYUNDAI VELOSTER COUPE - VIN KMHTC6AD6DU161746 ('Vehicle') which was purchased on or around November 29, 2018.  The Debtor's bankruptcy was filed on April 24, 2019; therefore, the vehicle was purchased within 910 days of the filing of the petition. Creditor is entitled to full contract balance of the vehicle at filing, which was $12,433.31 at a "Till" interest rate of 7.50%.  (The current Wall Street Journal published prime interest rate, plus a 2% risk factor).  Debtor's proposed pre-confirmation adequate protection payment amount is also inadequate. The Debtor's Chapter 13 Plan herein does not adequately protect the Creditor's interest in said Vehicle and should be denied confirmation.

                                                      Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2019, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Kevin M. Schmidt, Debtor's Counsel
    courtmail@kmslawoffice.net

    Paul R. Chael, Trustee
    aimee@pchael13.com

    Office of the U.S. Trustee
    ustpregion10.so.ecf@usdoj.gov

I further certify that on July 16, 2019, a copy of the foregoing Objection was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Juan Antonio Casarez, Debtor
    8131 Cedar Point Dr., Apt. B37
    Crown Point, IN 46307

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Attorney for Creditor